Gene J. Stonebarger, State Bar No. 209461
Richard D. Lambert, State Bar No. 251148
STONEBARGER LAW
A Professional Corporation
75 Iron Point Circle, Suite 145
Folsom, CA 95630
Telephone (916) 235-7140
Facsimile (916) 235-7141

Thomas A. Kearney, State Bar No. 90045
Prescott W. Littlefield, State Bar No. 259049
KEARNEY LITTLEFIELD, LLP
3436 N. Verdugo Rd., Ste. 230
Glendale, CA 91208
Telephone (213) 473-1900
Facsimile (213) 473-1919

Attorneys for Plaintiffs ROSE FEAVER,
ARTIN ADAMIAN, AND MYUNGSUN SHIM
and the Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE FEAVER, an individual, MYUNGSHUN SHIM, an individual, ARTIN ADAMIAN, an individual, individually, and on behalf of all others similarly situated,<br><br>               Plaintiffs,<br><br>  v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, and Does 1 through 50, Inclusive<br><br>               Defendants. | CASE NO.: 3:15-CV-00890-EMC<br><br>*Assigned To:  Hon. Edward M. Chen*<br><br>**CLASS AND COLLECTIVE ACTION**<br><br>**STIPULATION TO CONTINUE BRIEFING AND HEARING ON CONDITIONAL CERTIFICATION AND [PR~~OPO~~SED] ORDER** |

-1-
STIPULATION TO CONTINUE BRIEFING AND HEARING FOR CONDITIONAL
CERTIFICATION AND [PROPOSED] ORDER

1     TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2     Plaintiffs Rose Feaver, Myungshun Shim, and Artin Adamian (together "Plaintiffs") and Defendants Kaiser Foundation Health Plan, Inc., and Kaiser Foundation Hospitals (together "Defendants", and together with Plaintiffs the "Parties"), by and through their respective counsel of record hereby stipulate as follows:

6     WHEREAS, pursuant to the discourse on the record at the Case Management Conference that occurred in this Action on June 4, 2015, the Court Ordered (Docket No. 25) the following briefing and hearing schedule on Plaintiffs' Motion for Conditional Certification:

| | | |
|---|---|---|
| 9 | Plaintiffs' Motion: | 9/10/2015 |
| 10 | Defendants' Opposition: | 10/15/2015 |
| 11 | Plaintiffs' Reply: | 10/29/2015 |
| 12 | Hearing: | 11/12/2015 at 1:30 p.m. |
| 13 | Further CMC: | 11/12/2015 at 1:30 p.m. |
| 14 | Close of Discovery: | 8/31/2015 |

15     WHEREAS, the Parties have served written discovery and Defendants have served notices of the depositions of the three named Plaintiffs in this Action pursuant to the Court's Minute Order dated June 4, 2015;

18     WHEREAS, Plaintiff Feaver, during the week of August 2, 2015, experienced a family emergency, whereby Plaintiff Feaver's son was in a catastrophic traffic accident likely resulting in a traumatic brain injury, among other injuries suffered;

21     WHEREAS, Plaintiff Feaver has left the State of California to be with her son in the State of Arizona, and does not intend to return to the State of California until the week of September 7, 2015;

24     WHEREAS, Plaintiffs have requested that Defendants continue their deposition of Plaintiff Feaver until such time as she has returned from caring for her injured son;

26     WHEREAS, Defendants did not object to Plaintiffs' request to accommodate Plaintiff Feaver's situation and continued the dates of all depositions;

28     WHEREAS, Plaintiffs have been meeting and conferring with Defendants regarding

1  Defendants responses to Plaintiffs' discovery requests and the Parties have been working in good
2  faith to exchange adequate discovery in advance of the motion for conditional certification;
3        WHEREAS, the Parties have agreed that Defendants will produce documents Plaintiffs
4  believe are necessary for Plaintiffs' motion for conditional certification during the week of
5  August 24, 2015;
6        WHEREAS, the Parties request an Order from the Court continuing the briefing
7  deadlines for the motion for conditional certification, so that Defendants may complete their
8  discovery while accommodating Plaintiff Feaver's requested continuance of her deposition and
9  Plaintiffs will have adequate time to review the documents produced before filing their motion.
10 Plaintiff Feaver has in effect requested an additional 5 weeks from Defendants before submitting
11 to her deposition, therefore, the Parties request that all dates be moved by 5 weeks. The resulting
12 schedule would look as follows:

| | |
|---|---|
| Plaintiffs' Motion: | 10/15/2015 |
| Defendants' Opposition: | 11/24/2015 |
| Plaintiffs' Reply: | 12/8/2015 |
| Hearing: | 12/17/2015 at 1:30 p.m. |
| Close of Conditional Certification Discovery: | 10/5/2015 |

In addition, given that the Court's ruling on the Motion for Conditional Certification will greatly impact the remaining claims in this case, the Parties request that the CMC that was scheduled to take place at the same date and time as the hearing on Plaintiffs' Motion for Conditional Certification be continued until 14 days after the Court issues an Order on Plaintiffs' Motion. The Parties request that they submit a joint report suggesting a further schedule for this case within 5 days of the Court's ruling on the Motion for Conditional Certification.

Dated: August 25, 2015          KEARNEY LITTLEFIELD, LLP
                                        STONEBARGER LAW, APC

                                        By:   *Prescott W. Littlefield*
                                            Prescott W. Littlefield
                                            Attorneys for Plaintiff

| | |
|---|---|
| Dated: August 25, 2015 | SEYFARTH SHAW, LLP |
| | By: __*Jessica Lieberman*_____<br>Jessica Lieberman<br>Attorneys for Defendant |

I, Prescott W. Littlefield, hereby attest that pursuant to LR 5-1(i) I have on file concurrence for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

*/s/ Prescott W. Littlefield*
Prescott W. Littlefield

## [PR~~OPO~~SED] ORDER

Pursuant to the Parties' Stipulation, the briefing schedule for Plaintiffs' Motion for Conditional Certification is as follows:

| | |
|---|---|
| Plaintiffs' Motion: | 10/15/2015 |
| Defendants' Opposition: | 11/24/2015 |
| Plaintiffs' Reply: | 12/8/2015 |
| Hearing: | 12/17/2015 at 1:30 p.m. |
| Close of Conditional Certification Discovery: | 10/5/2015 |

In the Court's Order regarding conditional certification, the Court will set a date for a further case management conference and a filing deadline for a joint case management statement.

IT IS SO ORDERED.   ```
Futher CMC is reset for 2/4/16 at 10:30 a.m.  An updated
           joint CMC statement shall be filed by 1/28/16.
```

Dated: ____8/27/15_____         _____
                                  Hon. Edward M. Chen
                                  United States District Court Judge
                                  Northern District of California

[Stamp: IT IS SO ORDERED MODIFIED — Judge Edward M. Chen]

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 25, 2015, the foregoing

- **STIPULATION TO CONTINUE BRIEFING AND HEARING ON CONDITIONAL CERTIFICATION AND [PROPOSED] ORDER**

was filed electronically with the Clerk of the Court to be served by operation of the Court's CM/ECF electronic filing system to all counsel of record.

_____
Stephanie Judd

CERTIFICATE OF SERVICE