SEYFARTH SHAW LLP
Christian J. Rowley (SBN 187293)
Jason Allen (SBN 284432)
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549
crowley@seyfarth.com

Richard L. Alfred (SBN 015000) (pro hac vice)
Jessica S. Lieberman (SBN 669677) (pro hac vice)
Two Seaport Lane, Suite 300
Boston, Massachusetts 02210
Telephone:  (617) 496-4802
Facsimile:   (617) 946-4801
ralfred@seyfarth.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE FEAVER, an individual, MYUNGSHUN SHIM, an individual, ARTIN ADAMIAN, an individual, individually, and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>         v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, and Does 1 through 50, Inclusive<br><br>                    Defendants. | CASE NO.: 3:15-CV-00890-EMC<br><br>*Assigned To:  Hon. Edward M. Chen*<br><br>**CLASS AND COLLECTIVE ACTION**<br><br>**STIPULATION REGARDING DEADLINE TO SUBMIT JOINT CASE MANAGEMENT STATEMENT** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Defendants Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals, Inc. (collectively "Defendant") and Plaintiffs Rose Feaver, Artin Adamian, and Myungsun Shim (collectively "Plaintiffs") (together, the "Parties"), by and through their respective counsel of

record, hereby stipulate as follows:

1. On January 5, 2016, the Court set a case management conference for February 18, 2016, and instructed the Parties to file an updated joint case management statement by February 11, 2016 (docket no. 38).

2. In its Order dated January 27, 2016 granting Plaintiffs' motion for conditional certification (docket no. 39), this Court instructed the Parties to file by February 16, 2016 a stipulation governing notice to the conditionally certified collective.

3. The case deadlines that the Parties anticipate addressing in the updated joint case management statement are dependent in part on the timeline for notice to the conditionally certified collective, which the Parties will address in the joint stipulation regarding notice due February 16, 2016.

4. For this reason, the Parties request an extension of time to file the joint case management statement through February 16, 2016, which would allow them to complete and file the two documents together.

Dated: February 10, 2016                    SEYFARTH SHAW, LLP

                                            By: __*Jessica S. Lieberman*_____
                                                Jessica S. Lieberman (pro hac vice)
                                                Attorneys for Defendant

Dated: February 10, 2016                    KEARNEY LITTLEFIELD, LLP
                                            STONEBARGER LAW, APC

                                            By: __*Prescott W. Littlefield*_____
                                                Prescott W. Littlefield
                                                Attorneys for Plaintiff

I, Jessica S. Lieberman, hereby attest that pursuant to LR 5-1(i) I have on file concurrence for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

                                            */s/ Jessica S. Lieberman*
                                            Jessica S. Lieberman

## [PROPOSED] ORDER

IT IS SO ORDERED.

Dated: 2/16/16



_____
Hon. Edward M. Chen
United States District Court Judge
Northern District of California