UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE FEAVER, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., et al.,<br><br>　　　　Defendants. | Case No. 15-cv-00890-EMC<br><br>**ORDER RE SUPPLEMENTAL BRIEFING**<br><br>Docket No. 57 |

On May 9, 2016, Plaintiffs Rose Feaver, Artin Adamian, and Myungshun Shim and Defendants Kaiser Foundation Health Plan, Inc. and Kaiser Foundation Hospitals (collectively, Kaiser) filed a joint motion for approval of a settlement agreement and dismissal of lawsuit. Docket No. 57. The settlement is on behalf of the individual named Plaintiffs only, and not the collective action that the Court conditionally certified on January 27, 2016. Docket No. 39 (Conditional Cert. Ord.). The Court requires supplemental briefing on whether notice to the conditionally certified class is required when a putative class action is abandoned, even when the parties have not issued formal notice to the putative collective members. The parties should cite legal authority, if any, on all sides of the question. The parties' supplemental briefing should be filed by **12:00 Noon on Thursday**, **June 16, 2016**.

　　**IT IS SO ORDERED**.

Dated: June 10, 2016

_____
EDWARD M. CHEN
United States District Judge