UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE FEAVER, et al.,<br><br>     Plaintiffs,<br><br>    v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., et al.,<br><br>     Defendants. | Case No. 15-cv-00890-EMC<br><br>**ORDER RE NOTICE**<br><br>Docket No. 57 |

During the hearing on the parties' joint motion for approval of the settlement, the Court stated it would grant the motion, on the condition that the parties give notice of the settlement to the other OPMs. Docket No. 63. The Court will also require that the parties make available on a website (the address of which is to be identified on the notice) the complaint, the Court's ruling on the motion for conditional class certification, and the parties' joint motion for approval of the settlement. The settlement agreements themselves will not need to be made available.

**IT IS SO ORDERED**.

Dated: June 22, 2016

_____
EDWARD M. CHEN
United States District Judge