# EXHIBIT "1"

## NOTICE OF TERMINATION
## FAIR LABOR STANDARDS ACT LAWSUIT

From: Claims Administrator, *Feaver, et al. v. Kaiser Foundation Health Plan et al.*

To: All Outpatient Pharmacy Managers ("OPMs") who have worked for Kaiser at anytime from October 4, 2013 through the present.

Date: [Date of mailing]

Re: Termination of a purported collective action lawsuit against Kaiser Foundation Health Plan and Kaiser Foundation Hospitals ("Kaiser") under the federal Fair Labor Standards Act.

---

The purpose of this Notice is to inform you of the dismissal of a collective action lawsuit. Three present or former OPMs at Kaiser, Plaintiffs, Artin Adamian, Myungsun Shim, and Rose Feaver (collectively "Plaintiffs"), sued Kaiser in the United States District Court for the Northern District of California in the lawsuit *Feaver et al. v. Kaiser Health Plan et al*, Docket No. 3:15-CV-00890 ("Lawsuit"). Plaintiffs filed this lawsuit against Kaiser on February 26, 2015. Plaintiffs are current and former OPMs employed by Kaiser who claim they were not paid overtime wages for all hours they worked. They assert their claims under the Fair Labor Standards Act ("FLSA") and California law. Plaintiffs filed the lawsuit individually and on behalf of all other allegedly similarly situated persons. The alleged class period runs from October 4, 2013 to the present. The lawsuit seeks alleged back overtime pay, other penalties, interest and attorneys' fees. Kaiser very strenuously disputes the claims being made.

*The Court has made no ruling on the substantive merits of the case at any point prior to dismissal. At the parties' joint request the Court has agreed to dismiss the Lawsuit.* The Court has ordered notice to OPMs who worked during the above period of the dismissal of the Lawsuit. Documents related to the case are on a website at _____ per the Court order. This dismissal means that the Court will not consider whether the claims being made should be certified or not, and no further OPMs can join as party plaintiffs. If you have questions regarding the effect of the dismissal on your rights, if any, and what your legal rights may or may not be you should promptly consult with an attorney of your choosing as there are certain time limits that apply to your ability to bring claims.

**THIS NOTICE AND ITS CONTENTS HAVE BEEN ORDERED BY THE FEDERAL DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, HONORABLE EDWARD M. CHEN, UNITED STATES DISTRICT JUDGE. THE COURT HAS TAKEN NO POSITION IN THIS CASE REGARDING THE MERITS OF PLAINTIFFS' CLAIMS OR OF KAISER'S DEFENSES. PLEASE DO NOT CONTACT THE COURT, THE COURT'S CLERK, OR THE JUDGE. THEY ARE NOT PERMITTED TO ADDRESS YOUR INQUIRIES OR QUESTIONS.**