UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROSE FEAVER, an individual, ARTIN ADAMIAN, an individual, and MYUNGSHUN SHIM, an individual, and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>      v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HOSPITALS, and DOES 1-50, Inclusive,<br><br>            Defendants. | **No. 15-cv-00890-EMC**<br><br>**[PROPOSED] ORDER GRANTING STIPULATION REGARDING NOTICE OF SETTLEMENT AND DISMISSAL OF LAWSUIT**<br><br>Judge:     Hon. Edward M. Chen |

PURSUANT TO THE PARTIES' STIPULATION REGARDING NOTICE OF SETTLEMENT AND DISMISSAL OF LAWSUIT, having reviewed the pleadings and papers on file in this action, and having considered the Parties' arguments, the Court makes the following findings, and good cause appearing, makes the following order:

1. The Parties' Stipulation Regarding Notice of Settlement and Dismissal of Lawsuit is GRANTED;

2. The settlements reached by the Parties represent fair and equitable resolutions of this action, reasonably resolve bona fide disagreements between the Parties regarding the merits of the claims asserted by Plaintiffs, and demonstrate a good-faith intention by the Parties that the claims of Plaintiffs be fully and finally resolved, and not re-litigated in whole or in part at any point in the future;

3. The settlements reached by the Parties are approved by this Court;

4. Pursuant to the terms of the Parties' confidential Settlement Agreements, the above-caption action, including Plaintiffs' Fair Labor Standards Act claims, and all claims for relief set forth therein, shall be dismissed with prejudice;

5. Each side shall bear their own attorneys' fees and costs, except as may otherwise be provided in the confidential settlement agreements.

6. The Notice of Settlement, attached hereto as Exhibit 1 is to be mailed to the other OPMs within 14 business days of the entry of this Order, with a website to be established by the Administrator and which shall have copies of the complaint, the Court's ruling on the motion for conditional certification, and the Parties' joint motion for approval of the settlement, which is to remain available for at least 120 days after it is created.

IT IS SO ORDERED.

DATE: _____    _____
                                 The Hon. Edward M. Chen
                                 United States District Court Judge