1 | Gene J. Stonebarger, State Bar No. 209461
Richard D. Lambert, State Bar No. 251148
2 | STONEBARGER LAW
A Professional Corporation
3 | 75 Iron Point Circle, Suite 145
Folsom, CA 95630
4 | Telephone (916) 235-7140
Facsimile (916) 235-7141

Thomas A. Kearney, State Bar No. 90045
Prescott W. Littlefield, State Bar No. 259049
KEARNEY LITTLEFIELD, LLP
3436 N. Verdugo Rd., Ste. 230
Glendale, CA 91208
Telephone (213) 473-1900
Facsimile (213) 473-1919

Attorneys for Plaintiffs ROSE FEAVER,
ARTIN ADAMIAN, AND MYUNGSUN SHIM
and the Class

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROSE FEAVER, an individual,<br>MYUNGSHUN SHIM, an individual,<br>ARTIN ADAMIAN, an individual,<br>individually, and on behalf of all others<br>similarly situated,<br><br>                 Plaintiffs,<br><br>   v.<br><br>KAISER FOUNDATION HEALTH PLAN,<br>INC., KAISER FOUNDATION HOSPITALS,<br>and Does 1 through 50, Inclusive<br><br>                 Defendants. | CASE NO.: 3:15-CV-00890-EMC<br><br>*Assigned To: Hon. Edward M. Chen*<br><br>**CLASS AND COLLECTIVE ACTION**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |

Having reviewed Plaintiffs' Administrative Motion to File Under Seal the Supplemental Brief Regarding Settlement Value Pursuant to Court Order, pursuant to Local Rules 7-11 and 79-5, and finding compelling reasons to do so, the motion is GRANTED and the clerk of the court is directed to allow the Supplemental Brief Regarding Settlement Value Pursuant to Court Order.

**IT IS SO ORDERED.**

Dated: _____7/28_____, 2016                    _____
                                                                              Judge Edward M. Chen

*IT IS SO ORDERED*
*Judge Edward M. Chen*